J. Gary Gwilliam, Esq. (State Bar No. 33430)
Robert J. Schwartz, Esq. (State Bar No. 254778)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com; rschwartz@giccb.com

Attorneys for Plaintiff
DR. MONA SHING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MONA SHING,<br><br>Plaintiff,<br><br>vs.<br><br>CLOVIS ONCOLOGY, INC.; ANN BOZEMAN; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:19-cv-04658-MMC<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL**<br><br>Complaint Filed: August 12, 2019<br>Trial Date: May 23, 2022 |

1  Plaintiff Dr. Mona Shing and defendants Clovis Oncology, Inc. and Ann Bozeman
2 hereby stipulate under Federal Rules of Civil Procedure Rule 41(a)(1)(ii) that this action be
3 dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing
4 that party's own attorneys' fees and costs.

 IT IS SO STIPULATED.

DATE: February 3, 2021                         GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

                                               /s/ Robert J. Schwartz
                                               Robert J. Schwartz
                                               Attorneys for Plaintiff Dr. Mona Shing


DATE: February 3, 2021                         EPSTEIN BECKER GREEN

                                               /s/ Steven R. Blackburn
                                               Steven R. Blackburn
                                               Attorneys for Defendants Clovis Oncology,
                                               Inc. and Ann Bozeman

**Order of Dismissal**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure Rule 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.  The clerk is directed to close the file.

IT IS SO ORDERED.

Date: February 4, 2021

MAXINE M. CHESNEY
United States District Judge